**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000841
28-JUN-2018
08:31 AM**

NO. CAAP-16-0000841

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MAILE L. FRAZIER, Plaintiff-Appellant,
v.
BANK OF NEW YORK MELLON CORP. and ADAM J. MENDES,
Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 16-1-0187 (1))

ORDER APPROVING THE JUNE 7, 2018
STIPULATION FOR DISMISSAL WITH PREJUDICE OF APPEAL
(By: Ginoza, Chief Judge, Reifurth, and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal
with Prejudice of Appeal, filed on June 7, 2018, by Defendant-
Appellee Bank of New York Mellon Corp., and the record, it
appears that:

(1) the appeal was docketed on December 1, 2016;

(2) pursuant to Hawai'i Rules of Appellate Procedure
Rule 42(b), the parties stipulate to dismiss the appeal and bear
their own attorneys' fees and costs; and

(3) the stipulation is dated and signed by counsel for
all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation
for Dismissal with Prejudice of Appeal is approved and the appeal

is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawai'i, June 28, 2018.

Chief Judge

Associate Judge

Associate Judge